_AO91 (Rev. 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

UNITED STATES OF AMERICA

V.

**Jose Luz Perez Guerrero
San Felipe, Guanajuato
Mexico**

## CRIMINAL COMPLAINT

Case Number:    **L-08-PO4293**

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief.  On or about    **April 3, 2008**    in    **Laredo, Tx.**    **Webb**    County, in

(Date)

the    **Southern**    District    of    **Texas,**    **Jose Luz Perez Guerrero**    defendant(s) ,

a **Mexican** alien, did unlawfully enter and attempt to enter the United States at a place other than as designated by immigration officers

in violation of Title    **8**    United States Code, Section(s)    **1325 (a) (1)**

I further state that I am a(n)    **Senior Border Patrol Agent**    and that this complaint is based on the

Official Title

following facts:  based on statements of the accused and records of the Immigration & Naturalization Service.

Furthermore, it is based on verbal statements by,  **Jose Luz Perez Guerrero**    , who admitted to being a citizen of    **Mexico**    , who entered and attempted to enter illegally into the United States by wading the Rio Grande River near,    **Laredo, Tx.**    , thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry and attempted entry took place on  **April 3, 2008**

Continued on the attached sheet and made a part of this complaint:    ☐ Yes    ☒ No

/S/

Signature of Complainant

**Juan J. Villarreal**

Printed Name of Complainant

Sworn to before me and signed in my presence,

**April 8, 2008**    at    Laredo, Texas

Date    City and State

**Adriana Arce Flores**

U.S. Magistrate Judge

Name and Title of Judicial Officer    Signature of Judicial Officer